UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LUBA CASUALTY INSURANCE CO	CIVIL ACTION NO. 20-cv-520

VERSUS	JUDGE FOOTE

JPD REAL ESTATE, LLC, ET AL	MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Luba Casualty Insurance Co. filed this civil action to recover workers' compensation benefits paid in connection with a fatal workplace accident. The family of the deceased employee has filed a tort suit that is also pending in this court, <u>Johnson v. Covey Park Energy, LLC</u>, 19-cv-1345. The parties have filed status reports in each case that indicate the bankruptcy court presiding over the Chesapeake bankruptcy has entered an order that allows these cases to proceed on the terms stipulated in the bankruptcy court's order. Accordingly, the stay in this case is set aside.

Counsel for Luba has stated a number of times that he intends to file a motion to consolidate the two related civil actions. Luba is directed to file any motion to consolidate by **April 1, 2021**. The motion should briefly explain why consolidation is appropriate, include a statement as to whether all parties in the two cases agree with consolidation, and be accompanied by a proposed order.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of March, 2021.

_____
Mark L. Hornsby
U.S. Magistrate Judge